APPEAL No. 1689. THE HOUSING AUTHORITY OF THE CITY OF NEWPORT, RHODE ISLAND *v.* EDNA C. SCHULTZ. Motion of appellee, The Housing Authority of the City of Newport, State of Rhode Island, for entry of judgment and issuance of execution thereon and prompt service thereof granted as prayed.

*Joseph J. Nicholson,* for plaintiff-appellee. *Peter W. Thoms,* for defendant-appellant.